# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JESSIE L. JOHNSON, (TDCJ-CID #1293083), Plaintiff, VS. RICK THALER, et al., Defendants. | CIVIL ACTION NO. H-10-2822 |

## MEMORANDUM AND OPINION

The plaintiff, Jessie L. Johnson, has filed a civil rights lawsuit under 42 U.S.C. § 1983. The plaintiff explains that on March 26, 2010, he was legally adopted by a fellow inmate, Daniel K. Johnson. The plaintiff explains that both he and his father were housed at the Eastham Unit. After an altercation with another inmate, the plaintiff was transferred to the Beto Unit. The plaintiff alleges that prison officials were antagonistic toward him because his adoptive father is white and he is African-American. The plaintiff alleges a failure to protect his safety and retaliation.

The events made the basis of this lawsuit took place at the Eastham Unit, which is within the Lufkin Division of the United States District Court for the Eastern District of Texas. The plaintiff is currently confined at the Polunsky Unit, which is also within the Lufkin Division of the United States District Court for the Eastern District of Texas. The plaintiff sues some prison officials who reside in Walker County, which is within the United States District Court for the Southern District of Texas. He also sues prison officials who are employed at the Eastham Unit and reside in Houston County, which is within the Lufkin Division of the United States District Court for the Eastern District of Texas.

In the interest of justice and for the convenience of the parties and witnesses, this case is transferred to the United States District Court for the Eastern District of Texas, Lufkin Division because a substantial part of the events or omissions giving rise to the claim took place in that district and most of the defendants are in that district. 28 U.S.C. §§ 1391(b), 1404(a).

SIGNED on January 11, 2011, at Houston, Texas.

*Lee H. Rosenthal*
Lee H. Rosenthal
United States District Judge